UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-cv-21795-JAL

JESUS GONZALEZ

     Plaintiff,

vs.

THE ODP CORPORATION
d/b/a OFFICE DEPOT 3281, and
RAJEN PROPERTIES, LLC,

     Defendants.

_____/

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF
SETTLEMENT AND FOR DISMISSAL**

THIS CAUSE came before the Court on Plaintiff, Jesus Gonzalez and Defendant, ODP Corporation's "Joint Motion For Approval of Settlement and for Dismissal of Defendant, ODP Corporation," and the parties' Settlement Agreement attached thereto, and the Court having reviewed the Settlement Agreement and the pleadings filed in this cause, being advised that the parties' settlement expressly requires this Court's approval of the Settlement Agreement and retention of jurisdiction to enforce the Settlement Agreement, as a condition precedent to the effectiveness of their Settlement Agreement, it is hereby

ORDERED AND ADJUDGED that:

1. This Court has reviewed and hereby approves the Settlement Agreement entered into by Plaintiff, Jesus Gonzalez and Defendant, ODP Corporation and directs these parties to comply with the terms thereof.

2. The Court retains jurisdiction over this matter for the purpose of enforcement of these parties' Settlement Agreement.

4831-5995-4926.1 / 063095-1780

3.      Subject only to the foregoing reservation of jurisdiction, this action is otherwise dismissed with prejudice as to Defendant, ODP Corporation, with no award of fees or costs to either party.

4.      Any pending motions are hereby DENIED as moot and this case is closed. [1]

DONE and ORDERED at Miami, Florida this __11th_ day of August, 2021.

JOAN A. LENARD
U.S. DISTRICT COURT JUDGE

Copies to:  All Counsel of Record  via CMECF

---

[1]   The Court previously dismissed co-defendant, Rajen Properties, LLC, without prejudice.  ECF 29.

2