UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number: 1:21-cv-21795-JAL

JESUS GONZALEZ

     Plaintiff,

vs.

THE ODP CORPORATION
d/b/a OFFICE DEPOT #281
and RAJEN PROPERTIES, LLC

     Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff JESUS GONGALEZ and Defendant RAJEN PROPERTIES, LLC, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear its/his own costs and fees. The Plaintiff filed a Notice of Partial Settlement as to Defendant Rajen Properties, LLC on August 3, 2021 (Docket No. 26). A Joint Motion for Settlement as to Defendant The ODP Corporation was filed on August 10, 2021 (Docket No. 33). The parties request that this Court terminate the action.

Dated: August 18, 2021              Respectfully submitted,


| /s/ J. Courtney Cunningham | /s/ Juan Carlos Valdes |
|---|---|
| J. Courtney Cunningham, Esq. | Juan Carlos Valdes, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | Quesada Valdes, PLLC |
| FBN: 628166 | FBN: 787191 |
| 8950 SW 74th Court, Suite 2201 | 1313 Ponce de Leon Blvd., Suite 200 |
| Miami, FL 33156 | Coral Gables, FL 33134 |
| T: 305-351-2014 | T: (305) 446-2517 |
| Email: cc@cunninghampllc.com | Email: jcv@quesadalaw.net |
| Attorney for Plaintiff | Attorney for Defendant Rajen Propeties, LLC |

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 18, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

/s/ J. Courtney Cunningham
J. Courtney Cunningham, Esq.

2